# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 11, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

157705(143)(150)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

DEBORAH LYNN FOSTER,
      Plaintiff/Counterdefendant-
      Appellee,

v

RAY JAMES FOSTER,
      Defendant/Counterplaintiff-
      Appellant.
_____/

SC: 157705
COA: 324853
Dickinson CC: 07-015064-DM

      On order of the Chief Justice, the motion of defendant/counterplaintiff-appellant to exceed the page limitation for his brief is GRANTED. The 63-page brief submitted on February 27, 2019, is accepted for filing. On further order of the Chief Justice, the motion of the Family Law Section of the State Bar of Michigan to file a brief amicus curiae is GRANTED. The amicus brief submitted on October 10, 2019, is accepted for filing.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 11, 2019



Clerk